**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL: MICHAEL JOHN PISKANIN (A/K/A MICHAEL PISCANIO), | : | No. 175 MM 2016 |
| Petitioner | : | |
| v. | : | |
| TAMMY FERGUSON, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and Coram Nobis and the Application for Relief are **DENIED**.